THE CELLULOID MANUFACTURING CO., PLAINTIFFS IN ERROR, AND ABRAHAM COLES, DEFENDANT IN ERROR.

In error to the Supreme Court.

For the plaintiffs in error, *R. W. Parker* and *Cortlandt Parker*.

For the defendant in error, *John W. Taylor*.

PER CURIAM. The judgment of the Supreme Court is affirmed, for the reasons given by that court.　10 *Vroom* 326.
　　　　　　　　　　Judgment unanimously affirmed.